516 A.2d 319

**COMMONWEALTH of Pennsylvania**

v.

**Lawrence MEYERS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 129 E.D. Appeal Docket 1986.